# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
39th Floor
350 S. Grand Avenue
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

GEORGE W. BUEHLER,      SBN: 60701
VICKEN SONENTZ-PAPAZIAN SBN: 153165
Attorneys for Defendant VAHE MURADYAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CRS-03-343 (MCE) |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE IN-COURT HEARING OF DEFENDANT VAHE MURADYAN; |
| v. ) | AND ORDER |
| ) | |
| VAHE MURADYAN, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED THAT Defendant VAHE MURADYAN, by and through his counsel of record, George W. Buehler, and the United States of America, by and through its counsel of record, Assistant United States Attorney, Daniel S. Linhardt, respectfully request the Court continue the currently scheduled change of plea hearing presently set for May 24, 2005, at 8:30 a.m., to June 14, 2005, at 8:30 a.m.

    This request is made because the parties have agreed to a plea agreement and require additional time to finalize the terms.

///

///

///

The 21 day time period, May 24, 2005 to June 14, 2005, is deemed excludable pursuant to 18 U.S.C. §3161 (h)(8)(A) since it results from a continuance granted by the judge at the defendant's request without government objection, and on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: May 18, 2005                Respectfully submitted,


 /s/ George W. Buehler
GEORGE W. BUEHLER
Attorney for Defendant VAHE MURADYAN

Dated: May 18, 2005                Respectfully submitted,


 /s/ Daniel S. Linhardt
DANIEL S. LINHARDT
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING FOUND THEREFORE, it is hereby ORDERED that the in-court hearing of Defendant Vahe Muradyan be continued to June 14, 2005, at 8:30 a.m.

Dated: May 20, 2005


MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE