# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
39th Floor
350 S. Grand Avenue
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

GEORGE W. BUEHLER,        SBN: 60701
VICKEN SONENTZ-PAPAZIAN SBN: 153165
Attorneys for Defendant VAHE MURADYAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-03-0343 MCE |
| Plaintiff, ) | STIPULATION TO CONTINUE IN-COURT HEARING OF DEFENDANT VAHE MURADYAN; |
| vs. ) | AND [PROPOSED] ORDER |
| VAHE MURADYAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED THAT Defendant VAHE MURADYAN, by and through his counsel of record, George W. Buehler, and the United States of America, by and through its counsel of record, Assistant United States Attorney, Daniel S. Linhardt, respectfully request the Court continue the scheduled judgment and sentencing presently set for August 23, 2005, at 8:30 a.m., to September 27, 2005, at 8:30 a.m. to allow

///

///

///

additional time for the debriefing of defendant pursuant to the terms of the plea agreement.

IT IS SO STIPULATED.

Dated: August 22, 2005              Respectfully submitted,


                                    /s/ George W. Buehler
                                    GEORGE W. BUEHLER
                                    Attorney for Defendant VAHE MURADYAN

Dated: August 22, 2005              Respectfully submitted,


                                    /s/ Daniel S. Linhardt
                                    DANIEL S. LINHARDT
                                    Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING FOUND THEREFORE, it is hereby ORDERED that the judgment and sentencing hearing of Defendant Vahe Muradyan be continued to September 27, 2005, at 8:30 a.m.

Dated: August 29, 2005

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE