# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 625-1600

GEORGE W. BUEHLER  SBN 60701
Attorneys for Defendant
VAHE MURADYAN

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:03-CR-00343-01 |
| Plaintiff, ) | ORDER FOR RETURN OF PASSPORT |
| vs. ) | |
| VAHE MURADYAN, ) | |
| Defendant. ) | |

Having considered the Ex Parte Application for Order for Return of Defendant's Passport and supporting declaration , and good cause appearing therefor,

IT IS HEREBY ORDERED that the Passport of Defendant Vahe Muradyan shall be returned to him.

IT IS SO ORDERED.

Dated: February 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE