UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England
United States District Judge
Sacramento, California

                                      RE:    Vahe MURADYAN
                                                Docket Number:   2:03CR00343-01
                                                **PERMISSION TO TRAVEL**
                                                **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Yerevan, Armenia.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 27, 2005, Vahe Muradyan was sentenced for the offense(s) of Health Care Fraud, Aiding and Abetting.

**Sentence imposed:**  5 months custody Bureau of Prisons; 36 months Term of Supervised Release; $90,000 restitution; $100 special assessment.

**Dates and Mode of Travel:**  March 3, 2009 through March 25, 2009.  The releasee will travel by way of an airline ticket purchased by his brother.  He will be staying with relatives.

**Purpose:**  The purpose of travel is to visit his grandmother before she passes.

**RE:    Vahe MURADYAN**
       **Docket Number:   2:03CR00343-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

**DATED:**   February 18, 2009
            Roseville, California
            RAE:jc

---

**ORDER OF THE COURT:**

Approved XXX_____          Disapproved _____

 Dated: February 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE